EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, on behalf of himself and all others similarly situated,

           Plaintiffs,

- against -

Z OPERATING, LLC,

           Defendant.

Case No. 19-cv-01662

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)1(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective undersigned counsel, that the above-captioned action is voluntarily dismissed with prejudice against defendant Z Operating, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each side to the bear their own fees and costs.

Dated: New York, New York
August 26 July___, 2019

SHALOW LAW, PLLC

By: _____
Jonathan Shalom
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel. (718) 971-9474
Fax (718) 865-0943
jshalom@jonathanshalomlaw.com

*Attorneys for Kevin Garey*

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: _____
S. Preston Ricardo
711 Third Avenue
New York, New York 10001
(212) 907-7300
pricardo@golenbock.com

*Attorneys for Z Operating, LLC*